**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MONTRELL BENARD JEFFERSON,     *
                                     *

          Plaintiff,         *

v.                               *          No. 4:18CV00725-SWW
                                     *

TIM RYALS, Sheriff,         *

Faulkner County Sheriff Office; *et al.*,   *

                                     *

          Defendants.      *

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 19th day of November, 2018.

                          <u>/s/Susan Webber Wright</u>
                          UNITED STATES DISTRICT JUDGE